UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FUU-REN TSAI, Individually and On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TIBET PHARMACEUTICALS, INC., HONG YU, TAYLOR Z. GUO, SABRINA Y. REN, WENBO CHEN, YOUHANG PEN, SOLOMON CHEN, ANDERSON & STRUDWICK INCORPORATED, STERNE AGEE GROUP, INC., HAYDEN ZOU, and L. MCCARTHY DOWNS III,<br><br>Defendants. | No. 12 Civ. 04511-JGK |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Fuu-Ren Tsai hereby voluntarily dismisses the above-captioned action, without prejudice as to all defendants, and without further notice. As grounds therefore, Plaintiff states that: (1) no defendant has filed an answer or a motion to dismiss; (2) this dismissal will not bind or prejudice any party or member of the putative class; and (3) a similar action is pending in the United States District Court, District of the Virgin Islands, entitled *Yang v. Tibet Pharmaceuticals, Inc., et al.*, Case No. 12-cv-054-WAL-GWC. The parties shall bear their respective costs.

Dated: July 23, 2012
       New York, New York

SO ORDERED:

/s/
U.S.D.J.

7/24/12

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/12

Respectfully submitted,

**POMERANTZ HAUDEK**
 **GROSSMAN & GROSS LLP**

/s/ Jeremy A. Lieberman
Marc I. Gross
Jeremy A. Lieberman
Gustavo F. Bruckner
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

**POMERANTZ HAUDEK**
 **GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I, Jeremy A. Lieberman, counsel for Plaintiff, hereby certify that on July 23, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman